UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. **00-6355** CR-**HURLEY**

18 U.S.C. § 472

**MAGISTRATE JUDGE VITUNAC**

UNITED STATES OF AMERICA,     )
                              )
          Plaintiff.          )
                              )
                              )
v.                            )
                              )
JOSE ZAMORA,                  )
                              )
          Defendant.          )
_____)

### INDICTMENT

The Grand Jury charges that:

On or about November 29, 2000, at Broward County, in the Southern District of Florida, the defendant,

JOSE ZAMORA,

did knowingly, willfully and with the intent to defraud, possess counterfeit obligations of the United States, that is,



UNITED STATES OF AMERICA

v.

CASE NO. _____

JOSE ZAMORA

**CERTIFICATE OF TRIAL ATTORNEY*** 
**Superseding Case Information:**

**Court Division:** (Select One)

___ Miami ___ Key West
X FTL ___ WPB ___ FTP

New Defendant(s) Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect _____English_____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                               (Check only one)

   I    0 to 5 days       __X__    Petty      _____
   II   6 to 10 days      _____    Minor      _____
   III  11 to 20 days     _____    Misdem.    _____
   IV   21 to 60 days     _____    Felony     __X__
   V    61 days and over  _____

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) _____Yes_____
   If yes:
   Magistrate Case No. _____00-4281-BSS_____
   Related Miscellaneous numbers:_____
   Defendant(s) in federal custody as of _____11/29/00_____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _____No_____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _Yes _X_ No  If yes, was it pending in the Central Region? _ Yes _X_ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

/s/ Laurence M. Bardfeld
LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 712450

*Penalty Sheet(s) attached

REV.6/27/00

No. 04429

# UNITED STATES DISTRICT COURT
**Southern** District of **Florida**
Central Criminal Division

## THE UNITED STATES OF AMERICA

vs.

JOSE ZAMORA

## INDICTMENT

18 U.S.C. § 472

A true bill.

_____
Foreperson

Filed in open court this _____ day,

of _____ A.D. 19____

_____
Clerk

Bail, $ _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-4281-BSS

UNITED STATES OF AMERICA,    :

    Plaintiff,    :

vs.    :

JOSE ZAMORA,    :

    Defendant.    :
_____/

## DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL

The defendant named above does hereby invoke his rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the U.S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

The defendant requests that the U.S. Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any matters relating to the defendant. Any contact with the defendant must be made through the defendant's lawyer, undersigned counsel.

       Respectfully submitted,

       KATHLEEN M. WILLIAMS
       FEDERAL PUBLIC DEFENDER

       By: _____
       Timothy M. Day
       Assistant Federal Public Defender
       Florida Bar No. 360325
       101 N.E. 3rd Avenue
       Suite 202
       Fort Lauderdale, Florida 33301
       (954) 356-7436 ext. 108
       (954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this ⁵⁄ day of December, 2000 to Larry Bardfeld, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

       _____
       Timothy M. Day

S:\DAY\Zamora\INVOCAT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-4281-BSS

UNITED STATES OF AMERICA,  :

    Plaintiff,  :

vs.  :

JOSE ZAMORA,  :

    Defendant.  :
_____/



## **NOTICE OF ASSIGNMENT**

The above captioned case has been assigned to the Assistant Federal Public Defender

specified below. Please send all notices and inquiries to this attorney at the address listed.

                Respectfully submitted,

                KATHLEEN M. WILLIAMS
                FEDERAL PUBLIC DEFENDER

By: _____
      Timothy M. Day
      Assistant Federal Public Defender
      Florida Bar No. 360325
      101 N.E. 3rd Avenue
      Suite 202
      Fort Lauderdale, Florida 33301
      (954) 356-7436
      (954) 356-7556 (fax)



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this ___ day of December, 2000 to Larry Bardfeld, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

_____
Timothy M. Day

S:\DAY\Zamora\ASSIGN

UNITED STATES OF AMERICA,

Plaintiff,

v.

Jose Zamora

~~XXXXXXXXXXX~~ Defendant,

APPEARANCE BOND: _____

CASE NO.: 00-4281-BSS

I, the undersigned defendant and I or we, the undersigned sureties jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay to the United States of America, the sum of $ 100,000 Personal Surety Bond

## STANDARD CONDITIONS OF BOND

The conditions of this bond are that the defendant:

1. Shall appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the court shall order otherwise.

2. May not at any time, for any reason whatever, leave the Southern District of Florida or other District to which the case may be removed or transferred after he or she has appeared in such District pursuant to the conditions of this bond, without first obtaining written permission from the court, except that a defendant ordered removed or transferred to another district may travel to that district as required for court appearances and trial preparation upon written notice to the Clerk of this court or the court to which the case has been removed or transferred. The Southern District of Florida consists of the following counties: Monroe, Dade, Broward, Palm Beach, Martin, St. Lucie, Indian River, Okeechobee, and Highlands.

3. May not change his or her present address as recorded on this bond without prior permission in writing from the court. The defendant's present address is:

_____

_____

4. Is required to appear in court at all times as required by notice given by the court or its clerk to the address on this bond or in open court or to the address as changed by permission from the court. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the court has entered an order of dismissal.

5. Shall not commit any act in violation of state or federal law.

DISTRIBUTION:
  WHITE to Court file
  BLUE to defendant
  GREEN to Assistant U.S. Attorney
  YELLOW to Counsel
  PINK to U.S. Marshal
  GOLD to Pretrial Services

SD/FM-2
REV. 7/00

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with those special conditions checked below:

X a. Surrender all passports and travel documents to the Pretrial Services Office of the Court.

X b. Report to Pretrial Services as follows: _____as directed_____

X c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law. Treatment as deemed necessary.

X d. Maintain or actively seek full-time gainful employment.

__ e. Maintain or begin an educational program.

X f. Avoid all contact with victims of or witnesses to the crimes charged.

X g. Refrain from possessing a firearm, destructive device or other dangerous weapon.

X h. Comply with the following curfew: _____12AM → 6AM_____

X i. Comply with the following additional special conditions of this bond: Travel: SD/FL
Reside at current address, no illegal drugs or excessive alcohol

### PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. 3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. 401 which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrail release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. 1503 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. 1510 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. 1512 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. 1513 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten or attempt to do do.

It is a criminal offense under 18 U.S.C. 3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction, for:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, the defendant shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

DISTRIBUTION:
  WHITE to Court file
  BLUE to defendant
  GREEN to Assistant U.S. Attorney
  YELLOW to Counsel
  PINK to U.S. Marshal
  GOLD to Pretrial Services

— 2 —

**PENALTIES AND SANCTIONS APPLICABLE TO SURETIES**

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgement may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of three (3) pages, or it has been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this __30__ day of __November__ , 19 __2000__ at __Ft. Lauderdale__, Florida.

Signed and acknowledged before me:   DEFENDANT: (Signature) __JAVIER ZAMORA__
WITNESS: _____   ADDRESS: __4148 NW 90th AV. #106__
ADDRESS: _____   __CORAL SPRINGS FL__ ZIP __33065__
_____ ZIP ____   TELEPHONE: __(954) 345-5795__

### CORPORATE SURETY

Signed this _____ day of _____ , 19 ___ , at _____ , Florida.
SURETY: _____   AGENT: (Signature) _____
ADDRESS: _____   PRINT NAME: _____
_____ ZIP: ___   TELEPHONE: _____

### INDIVIDUAL SURETIES

Signed this _____ day of _____ , 19 ___ , at _____ , Florida.
SURETY: (Signature) _____   SURETY: (Signature) _____
PRINT NAME: __Juan Zamora__         PRINT NAME: _____
RELATIONSHIP                         RELATIONSHIP
  TO DEFENDANT: __Brother__            TO DEFENDANT: _____
ADDRESS: __1511 N W 91st Ave #914__  ADDRESS: _____
TELEPHONE: __954-2274585__ Coral Springs 33065   TELEPHONE: _____

### APPROVAL BY COURT

Date: __11-30-00__                   _____
                                     UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:
  WHITE to Court file
  BLUE to defendant
  GREEN to Assistant U.S. Attorney
  YELLOW to Counsel
  PINK to U.S. Marshal
  GOLD to Pretrial Services

— 3 —

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal #: 55568-004

UNITED STATES OF AMERICA )
                 Plaintiff ) Case Number: CR 00-4381-BSS
                            ) REPORT COMMENCING CRIMINAL
   -vs-                 )        ACTION
                            )
JOSE ZAMORA ) 
            Defendant
*********************************************************
TO: Clerk's Office   MIAMI   FT. LAUDERDALE   W. PALM BEACH
    U.S. District Court       (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE
*********************************************************
All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 11/29/00    9:00 am/pm

(2) Language Spoken: ENGLISH / SPANISH

(3) Offense(s) Charged: 18 USC 472

(4) U.S. Citizen [✓] Yes [ ] No [ ] Unknown

(5) Date of Birth: 7/4/77

(6) Type of Charging Document: (check one)
    [ ] Indictment [✓] Complaint To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SOUTHERN DISTRICT OF FLORIDA

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____ (9) Arresting Officer: JOHN COSTANZO
(10) Agency: U.S. SECRET SERVICE (11) Phone: 305/629-1880
(12) Comments: _____

| | | | |
|---|---|---|---|
| DEFT: | Jose Zamora (J)# | CASE NO: | 00-4281-BSS |
| AUSA: | Larry Bardfeld _present_ | ATTNY: | Berube |
| AGENT: | Secret Service | VIOL: | Counterfeiting |
| PROCEEDING: | Initial Appearance | BOND REC: | 50,000 Corp. $100,000 PSB |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: FPD

BOND SET @ $100,000 PSB

CO-SIGNATURES: Aida Griffith or brother

SPECIAL CONDITIONS:

✓ 1) Do not violate any law.
✓ 2) Appear in court as directed. — agents took 2 passports
✓ 3) Surrender and/or do not obtain passports/travel documents.
✓ 4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
✓ 5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
✓ 6) Maintain or seek full-time employment.
  7) Maintain or begin an educational program.
✓ 8) No contact with victims/witnesses:
✓ 9) No firearms.
✓ 10) Curfew: 12am - 6am
✓ 11) Travel extended to: SD/FL
  12) Halfway House
     Electronic Monitoring

Reside at current address, no illegal drugs or excessive alcohol

A - advised of charges
A - sworn for counsel
A - sworn

| | | | | |
|---|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | |
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 12-20-00 | 11:00 | BSS | ✓ |
| STATUS CONFERENCE: | | | | |
| DATE: | 11-30-00 | TIME: 11:00am | TAPE # 00-096 | PG # 2 |

1820-1999
2200-

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Jose Zamora

    Defendant.

11-30-00

ORDER ON INITIAL APPEARANCE

Language __English__

Tape No. __00-096__

AUSA __Larry Bardfeld__

Agent __Secret Service__

The above-named defendant having been arrested on __11-29-00__, having appeared before the court for initial appearance on __11-30-00__ and proceedings having been held in accordance with FR CrP 5 or 40(a), it is thereupon ORDERED as follows:

1. _____ appeared as permanent/temporary counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____

2. __Federal Public Defender (Beruba)__ appointed as permanent counsel of record
   Address: _____
   Zip Code: _____ Telephone: _____

3. The defendant shall attempt to retain counsel and shall appear before the court at _____ on _____, 20__.

4. Arraignment/Preliminary/Removal/Identity hearing is set for __12-20-00__, 20__.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. 3142(d) or (f) because _____

   A detention hearing, pursuant to 18 U.S.C. 3142 (f), is set for _____, 20__.

6. The defendant shall be released from custody upon posting of the following type of appearance bond, pursuant to 18 U.S.C. 3142:
   ~~$50,000 Corp. Surety Recommended~~  __$100,000 PSB__

This bond shall contain the standard conditions of bond printed in the form of this Court and, in addition, the defendant must comply with the special conditions checked below:

____ a. Surrender all passports and travel documents to the Pretrial Services Office of the Court.

____ b. Report to Pretrial Services as follows: ____ times a week by phone ____ times a week in person, other: _____

____ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

____ d. Maintain or actively seek full-time gainful employment.

____ e. Maintain or begin an educational program.

____ f. Avoid all contact with victims of or witnesses to the crimes charged.

____ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.

____ h. Comply with the following curfew: _____

- 1 -

SD-FM-1
Rev 01 96

____ i. Comply with the following additional special conditions of this bond: _____

_____

_____

This bond was set :   At Arrest     _____

                      On Warrant    _____

                      After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

__ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

   DONE AND ORDERED at Ft. lauderdale this  30  day of November _____ , 20 00 .

                                          _____
                                          UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:
   WHITE to Court file
   BLUE to defendant
   GREEN to Assistant U.S. Attorney
   YELLOW to Counsel
   PINK to U.S. Marshal
   GOLD to Pretrial Services

# United States District Court

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

V.

JOSE ZAMORA

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 00-4281-BSS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___November 29, 2000___ in __Broward__ county, in the __Southern__ District of __Florida__ defendant(s) did, (Track Statutory Language of Offense)

possess, with the intent to defraud, counterfeit obligations of the United States, that is, approximately $100,000 in counterfeit Federal Reserve Notes,

in violation of Title _18_ United States Code, Section(s) _472_

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following facts:
<sub>Official Title</sub>

Please see attached affidavit.

Continued on the attached and made a part hereof:  [x] Yes  [ ] No

Signature of Complainant
JOHN COSTANZO
Special Agent, Secret Service

Sworn to before me, and subscribed in my presence,

November 30, 2000                           at   Ft. Lauderdale, FL
Date                                             City and State

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer            Signature of Judicial Officer

AFFIDAVIT

I, JOHN A. COSTANZO JR., being duly sworn hereby, deposes and states:

1. I am a law enforcement officer employed by the United States Secret Service and have been so employed for two years. During my tenure, I have investigated numerous counterfeit U.S. currency violations and other criminal matters. I am currently assigned to the Miami Field Office of the United States Secret Service.

2. The information in this affidavit is based on my personal observations and/or conversation with other law enforcement agents involved in this investigation. Accordingly, it does not set forth everything I know about this case. The information set forth here is provided solely for the purpose of setting forth probable cause for the arrest of JOSE ZAMORA.

3. On 11/29/00, a confidential source introduced a Secret Service Special Agent, working in an undercover capacity, to JOSE ZAMORA. Continuing on 11/29/00, the undercover agent and the confidential source met with ZAMORA in the parking lot of ZAMORA'S residence located at 4148 NW 90 Ave, Coral Springs, Florida. ZAMORA delivered $102,800 in counterfeit U.S. currency to the undercover agent. BASE upon my TRAINING AND EXPERIENCE I EXAMINED THE CURRENCY AND DETERMINE IT TO BE COUNTERFEIT U.S currency.

Upon the delivery of the counterfeit U.S. currency, ZAMORA asked the undercover agent for his delivery fee of $5,000.00 in genuine currency. Subsequent to the delivery ZAMORA was arrested by U.S. Secret Service agents.

4. After his arrest, ZAMORA was interviewed by agents of the United States Secret Service, and he admitted to knowing that the currency was counterfeit and that he was to be paid $5,000 in genuine United States currency for delivery of the counterfeit currency.

Based on the foregoing, there is probable cause to believe that JOSE ZAMORA violated Title 18 U.S.C. 472.

FURTHER AFFIANT SAYETH NAUGHT.

JOHN A. COSTANZO, JR.
Special Agent
United States Secret Service

Subscribed and sworn to before me
this 30th day of November , 2000, at
Fort Lauderdale, Froward County, Florida.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE