COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Jose Zamora (B)  CASE NO: 00-6355-CR-Hurley

AUSA: Larry Bardfeld by Roger Stefin  ATTNY: FPD- Daryl Wilcox for Timothy Day

AGENT: _____  VIOL: _____

PROCEEDING: ~~Prelim~~/Arraignment  BOND REC: _____

BOND HEARING HELD - yes/no  COUNSEL APPOINTED: _____

___ BOND SET @ _____

CO-SIGNATURES: _____  Reading of indictment waived
~~Not Guilty plea entered~~
SPECIAL CONDITIONS: _____  Jury trial demanded
~~Standing Discovery Order requested~~

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

DEC 20 2000

NEXT COURT APPEARANCE: DATE: _____ TIME: _____ JUDGE: _____
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: 1-19-00  3:00pm  w/S. Snow

DATE: 12-20-00   TIME: 11:00am   TAPE # 00-099   PG # 346