# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON** DATE: 1/19/01    TIME: 9:30 A.M. - 9:45 am

DEFT. JOSE ZAMORA (B)    CASE NO. 00-6355-CR-HURLEY/VITUNAC
(Defendant not required)
*Rolando Garcia Jr.*    *Robert Adler jr.*
AUSA. LAWRENCE BARDFELD    ATTY. TIMOTHY DAY, AFPD

AGENT. JOHN CONSTANZO - USSS    VIOL. POSS OF COUNTERFEIT OBLIGATIONS
18:472

PROCEEDING STATUS RE: DISCOVERY    BOND. $100,000 PSB

FUTURE DATES Status Conf set 1/30/01

DISPOSITION *No pending motions, no discovery issues. Estimated trial time 3 days.*

DATE: 1/19/01    TAPE: LRJ-01- 4-1084