TO: THE HONORABLE DANIEL T. K. HURLEY
    UNITED STATES DISTRICT JUDGE

RE: UNITED STATES OF AMERICA v. __JOSE ZAMORA__

                                              CASE NO. __00-6355__ CR-HURLEY

THIS CAUSE came on for Pre-Trial Status Conference on __January 19, 2001__.

The parties report as follows

__✓__ There are no pending motions for pre-trial determination

_____ The following motions are pending before the assigned Magistrate Judge:

_____

_____

_____

_____ The following motions are pending and appropriate for resolution by
      the District Court at time of trial:

_____

_____

_____

__✓__ There are no discovery problems.

_____ The case is likely to settle by plea.

__✓__ The case is ready for trial and not likely to settle by plea.

_____ The parties estimate trial will take __3__ days to complete.

_____ Other comments:

        *a plea may be possible*

                                      Respectfully submitted,

                                      LINNEA R. JOHNSON
                                      CHIEF U. S. MAGISTRATE JUDGE

cc: District Judge
　　U.S. Attorney's Office
　　Defendant