UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 00-6355-CR-HURLEY

MAGISTRATE JUDGE VITUNAC



UNITED STATES OF AMERICA,    :

    Plaintiff,    :

v.    :

JOSE ZAMORA,    :

    Defendant.    :
_____/

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a change of plea hearing is hereby set before the Honorable Daniel T.K. Hurley, Judge for the United States District Court, Southern District of Florida, at 701 Clematis Street, Room 352, West Palm Beach, Florida, on Friday, February 2, 2001, at 3:30 p.m.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By:_____
Timothy M. Day
Assistant Federal Public Defender
Florida Bar No. 360325
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true a copy of the foregoing instrument was mailed this 30 day of January, 2001 to Larry Bardfeld, Assistant United States Attorney, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

_____
Timothy M. Day

S:\DAY\Zamora\Hearing.notice