## CRIMINAL MINUTES



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY

==================================================

Case No __00-6355-CR__  Date __Feb. 2, 2001__

Courtroom Deputy: James E. Caldwell   Court reporter: Pauline Stipes

Language Spoken: __English__   Defendant's Status: (Pretrial Detained / ~~Bond~~)

UNITED STATES OF AMERICA v. __Jose Zamora__

AUSA: __Laurence Bardfeld__   DEFENSE COUNSEL: __AFPD Timothy M. Day__

TYPE OF HEARING: __Change of plea from not guilty to guilty as to Count 1 of the indictment.__

RESULTS OF HEARING: __After an inquiry, the plea of guilty was accepted.__

Misc.: __Sentencing date set for Friday, April 20, 2001, at 10:30 a.m.__