UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6355-CR-HURLEY



UNITED STATES OF AMERICA    )
                            )
v.                          )
                            )
JOSE ZAMORA,                )
                            )
_____)

## MOTION TO CONTINUE SENTENCING

The United States of America, by and through counsel, respectfully requests that this Court continue the sentencing of this matter for one or two weeks. As grounds for the motion, the United States submits the following:

1. This case is currently set for sentencing on April 20, 2001, at 10:30 a.m.

2. Defendant, Jose Zamora, has cooperated and continues to cooperate with representatives of the United States Secret Service. Zamora has provided information relating to a counterfeit currency organization in Colombia.

3. The case agent in this case has been out of the office on a protection detail for the last few weeks. Accordingly, the full extent of Mr. Zamora's cooperation is not yet known.

4. Additionally, undersigned counsel has been assigned to represent a fellow prosecutor in a hearing in which that prosecutor has been accused on prosecutorial misconduct. That hearing was originally scheduled for April 6, 2001, but has been rescheduled until April 20, 2001 at 9:30 a.m. before Judge Ferguson.

5. Undersigned counsel has contacted counsel for defendant who has no objection to his limited continuance.

WHEREFORE, the United States respectfully requests that this Court continue the sentencing of this matter.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: *[signature]*
LAURENCE M. BARDFELD
Assistant U.S. Attorney
500 East Broward Blvd., Suite 700
Ft. Lauderdale, Florida 33394
(954) 356-7255, Fax: 356-7228
Fla. Bar No. 712450

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed/hand-delivered this 17th day of April, 2001, to: Tim Day, AFPD, 1 East Broward, Suite 1100, Fort Lauderdale 33301.

LAURENCE M. BARDFELD
ASSISTANT U.S. ATTORNEY