UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

REC'D by _____ D.C.
APR 2 3 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

CASE NO. 00-6355-CR-HURLEY

UNITED STATES OF AMERICA   )
                           )
                           )
                           )
v.                         )
                           )
JOSE ZAMORA,               )
                           )
    Defendant.             )
_____)

FILED by ____ D.C.
APR 2 3 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

ORDER *DENYING AS MOOT GOVERNMENT'S* MOTION TO CONTINUE

THIS CAUSE having come before the Court on the Government's Unopposed Motion to Continue and the Court being duly advised, it is hereby ORDERED and ADJUDGED that the Government's Motion to Continue is *DENIED AS MOOT*. ~~The sentencing shall be continued until _____.~~

DONE AND ORDERED this 21 day of April, 2001.

DANIEL T. K. HURLEY
UNITED STATES DISTRICT JUDGE

cc: Larry Bardfeld, AUSA
    Timothy Day, AFPD