ZAMORA.35

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6355-CR-HURLEY

NIGHT BOX
FILED

JUN 0 1 2001

CLERK, USDC / SDFL / WPB

UNITED STATES OF AMERICA )
)
v. )
)
)
JOSE ZAMORA, )
)
Defendant. )
_____ )

## GOVERNMENT'S MOTION FOR REDUCTION OF SENTENCE BASED ON DEFENDANT'S SUBSTANTIAL ASSISTANCE

Pursuant to Rule 35 (b) of the Federal Rules of Criminal Procedure, the United States of America moves for a reduction of JOSE ZAMORA's (hereinafter the defendant) sentence, based on the substantial assistance he has provided to the Government, and requests that this Court schedule a hearing on the motion. The defendant has provided substantial assistance in the investigation and prosecution of people involved in the distribution and manufacture of counterfeit United States currency. The information provided by the defendant has been truthful and reliable. The defendant has provided assistance in a timely manner. As grounds for the motion, the United States submits the following:

1. On or about April 20, 2001, Defendant JOSE ZAMORA was sentenced to 12 months imprisonment after pleading guilty to

1

possession of counterfeit United States currency.

    2. Defendant has provided substantial assistance in the investigation and prosecution of others involved in criminal activity. Defendant has provided information, and is willing to testify against others involved in the manufacture and distribution of counterfeit currency.

    3. The Court will be informed of the full nature and extent of Defendant's substantial assistance at any hearing on the Motion for Reduction of Sentence.

    WHEREFORE, the United States respectfully requests that this Court reduce JOSE ZAMORA's sentence based on the substantial assistance he has provided law enforcement personnel, and schedule a hearing on the motion before July 9, 2001 when Defendant is scheduled to report to prison, so the Court can be informed of the full nature and extent of his cooperation.

    Respectfully submitted,

    GUY A. LEWIS
    UNITED STATES ATTORNEY

By: _____
    LAURENCE M. BARDFELD
    Assistant U.S. Attorney
    Federal Courthouse
    500 East Broward Blvd., #700
    Ft. Lauderdale, Florida 33394
    (954) 356-7255, Fax: 356-7228
    Fla. Bar No. 712450

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed/hand-delivered this ___1st___ day of June 2001, to: Timothy Day, AFPD, 1 East Broward Boulevard, Suite 1200, Fort Lauderdale, FL 33301

_____
LAURENCE M. BARDFELD
ASSISTANT U.S. ATTORNEY