UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6355-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

JOSE ZAMORA,
(#55568-004)
    Defendant.
-------------------------------------------/



FILED by _____ D.C.

JUN 1 1 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER SETTING HEARING

**THIS CAUSE** come before the court upon motion from the plaintiff, United States of America, for a reduction of sentence in the above styled case, pursuant to Rule 35(b), Federal Rules of Criminal Procedures. Upon consideration, it is

**ORDERED** and **ADJUDGED**:

1. A hearing on this matter will be conducted on **Friday, July 27, 2001, at 3:30 p.m.** in courtroom 5 at the U. S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

2. <u>Plaintiff, United States of America, will ensure the defendant's attendance at the hearing.</u>

**DATED** and **SIGNED** in Chambers at West Palm Beach, Florida, this _____ day of June, 2001.

                                          Daniel T. K. Hurley
                                       United States District Judge

**copy furnished:**
AUSA Laurence M. Bardfeld
AFPD Timothy M. Day
United States Probation Office (WPB)
United States Marshal Service