UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6355-CR-HURLEY

UNITED STATES OF AMERICA, :

    Plaintiff, :

vs.

JOSE ZAMORA, :

    Defendant. :
_____/



## DEFENDANT'S MOTION FOR STAY OF SURRENDER DATE

    The defendant, through undersigned counsel, hereby requests that the court stay the surrender date presently set and as grounds in support therefore states as follows:

    1.    On April 20, 2001 the defendant had a sentencing hearing wherein he argued that the court should depart from the sentencing guidelines because his offense conduct constituted aberrant behavior. After considering the motion the court denied it stating that it was a close case.

    2.    Just prior to announcing the sentence, the Court asked the parties to attend a sidebar conference where the Court inquired whether the government would consider withdrawing their objection to the downward departure motion. Counsel for the government responded that a substantial assistance motion was probably forthcoming and suggested that this was a better vehicle to use to go below the guidelines. The Court agreed and as a result sentenced the defendant with the understanding that there would be voluntary surrender at a later date which would allow the government to file a Rule 35 motion, prior to the defendant's surrender date. The court set a

surrender date of July 9, 2001.

3. On June 1, 2001 the government filed a motion pursuant to Rule 35 (b) of the Federal Rules of Criminal Procedure asking the Court to reduce the defendant's sentence. The Court set a hearing on the motion for July 27, 2001 at 3:30 p.m.

4. The defendant requests that the Court stay the surrender date to until the day of the hearing date on the Rule 35 motion or until some day thereafter. In the alternative the defendant requests that the hearing be moved up to a date prior to the surrender. Either way will allow the Court to consider the sentence reduction motion prior to the time for surrender.

5. Assistant United States Attorney Larry Bardfeld has no objection to this request.

WHEREFORE, the defendant requests that the Court grant this motion.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By:_____
Timothy M. Day
Assistant Federal Public Defender
Florida Bar No. 360325
1 East Broward Boulevard
Suite 1100
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this 27 day of June, 2001 to Larry Bardfeld, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301 and to Francis Weisberg, United States Probation Office, 299 E. Broward Blvd., Room 409, Fort Lauderdale, Florida 33301.

_____
Timothy M. Day

S:\DAY\Zamora\Surrender.wpd