UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6355-CR-HURLEY

UNITED STATES OF AMERICA, :

    Plaintiff, :

vs. :

JOSE ZAMORA, :

    Defendant. :
_____/



FILED by _____ D.C.

JUL - 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### ORDER GRANTING MOTION FOR STAY OF SURRENDER DATE

THIS CAUSE having come before the Court on Defendant's Motion for Stay of Surrender Date and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the defendant's motion for stay of surrender date is hereby GRANTED. The defendant's surrender date shall be stayed until July 27, 2001.

DONE AND ORDERED at Fort Lauderdale, Florida, this 5th day of July, 2001.

_____
DANIEL T. K. HURLEY
UNITED STATES DISTRICT JUDGE

cc:    Timothy Day, AFPD
        Larry Bardfeld, AUSA
        Francis Weisberg, USPO
        United States Marshal Service