# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6355-CR-HURLEY

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

v.

**JOSE ZAMORA,**
    **(#55568-004)**
    **Defendant.**

-------------------------------------------/



FILED by _____ D.C.

AUG - 2 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER GRANTING MOTION FOR A REDUCTION OF
## SENTENCE AND AMENDING THE JUDGMENT ORDER

**THIS MATTER** come before the court upon motion by the Plaintiff, United States of America, for a reduction of sentence in the above captioned case based on substantial assistance pursuant to Rule 35(b), Federal Rules of Criminal Procedures. The court reviewed the record and on July 27, 2001, held a hearing in open court and being otherwise advised in the premises, it is

    **ORDERED** and **ADJUDGED**:

    1. The motion for a reduction of sentence is **granted**.

    2. That portion of the sentence imposed on April 20, 2001, committing the defendant to the custody of the United States Bureau of Prisons for a term of **One (1) year and One (1) day as to Count ONE of the One-Count Indictment**, is amended by reducing the term of imprisonment to **time served**.

    3. All remaining conditions in the Judgment Order shall remain in effect.

    **DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this _2nd_ day of August, 2001.

**copy furnished:**
AUSA Laurence M. Bardfeld
AFPD Timothy M. Day
United States Probation Office (WPB)
United States Marshal Service

Daniel T. K. Hurley
United States District Judge