**United States Government**
MEMORANDUM

DATE: May 2, 2002

FROM: Harold A. Scott, U.S. Probation Officer
Hollywood Probation Officer
954-769-5522

FILED by _____ D.C.
MAY 10 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

SUBJECT: ZAMORA, Jose
Docket No. 00-6355-CR-Hurley
SD/FL PACTS No. 66413

TO: The Honorable Daniel T.K. Hurley, United States District Judge
West Palm Beach, Florida

## FOREIGN TRAVEL

**Original Offense & Sentence:** Mr. Zamora appeared before Your Honor on April 20, 2001 after pleading guilty to Possession of Counterfeit U.S. Currency. Mr. Zamora was sentenced to one (1) year and one (1) day as to Count One of a one count indictment to the Bureau of Prisons followed by two (2) years supervised release.

**Community Adjustment:** Since being released into the community, Mr. Zamora has been exemplary at following the rules and regulations of supervision. He successfully completed his drug treatment phase of supervision without incident. He is gainfully employed as a waiter at the Lil' Italy Restaurant located in Coral Springs, Florida.

Mr. Zamora is requesting permission to travel to Colombia to visit his parents and to spend time with his grandparents who he described as being very old and in poor health. He emphasized that he has not seen his parents or his grandparents in over two (2) years. He is requesting to leave the United States on May 20, 2002 and returning on June 20, 2002.

It should be noted that his officer contacted Assistant U.S. Attorney Tom O'Malley to seek his opinion regarding the foreign travel. Mr. O'Malley advised this officer that if I was comfortable with the travel, he had no objections. It is this officer's opinion that Mr. Zamora has learned his lesson. His adjustment to supervision for the past ten (10) months has been excellent. This officer is recommending to the court that Mr. Zamora be allowed to travel to Colombia for thirty (30) days to visit with his parents and his elderly grandparents.

Respectfully submitted,

Reviewed by:

_Wm. Melton for_
Jeris L. Smith, Supervising
U.S. Probation Officer

✓ granted   _____ denied

May 9th, 2002

Daniel T. K. Hurley
United States District Judge