PROB 35  
(Rev 1/92)

SD/FL PACTS No. 66413

Report and Order Terminating Probation/Supervised Release  
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE No. 00-6355-CR-Hurley

UNITED STATES OF AMERICA

v.

Jose Zamora



FILED by _____ D.C.

JAN 14 2003

CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. - W.P.B.

On July 27, 2001 the above named was placed on supervised release for a period of two (2) years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

U.S. Probation Officer  
Harold A. Scott  
Phone: 954-769-5522

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this _13th_ day of _January_, 2003.

United States District Judge